1  STEVEN M. SCHATZ, State Bar No. 118356 (sschatz@wsgr.com)
   BORIS FELDMAN, State Bar No. 128838 (boris.feldman@wsgr.com)
2  GIDEON A. SCHOR, admitted *pro hac vice* (gschor@wsgr.com)
   BAHRAM SEYEDIN-NOOR, State Bar No. 203244 (bnoor@wsgr.com)
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
6
   Attorneys for Nominal Defendant
7  Hewlett-Packard Company

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12                                                    *E-FILED - 6/15/06*

13 | INDIANA ELECTRICAL WORKERS          )  CASE NO.:  C06-01711 RMW
   | PENSION TRUST FUND, IBEW; SEIU      )
14 | AFFILIATES' OFFICERS AND EMPLOYEES  )
   | PENSION PLAN; SEIU NATIONAL         )
15 | INDUSTRY PENSION FUND; and PENSION  )  **STIPULATION AND**
   | PLAN FOR EMPLOYEES OF SEIU, on behalf )  **ORDER CONTINUING CASE**
16 | of themselves and all others similarly situated, )  **MANAGEMENT CONFERENCE**
   | and derivatively on behalf of Hewlett-Packard )  **AND SETTING BRIEFING AND**
17 | Company,                            )  **HEARING SCHEDULE RE**
   |                                     )  **MOTIONS TO DISMISS**
18 |         Plaintiffs,                 )
   |                                     )  [Declaration of Jonathan C. Dickey in
19 |     v.                              )  Support hereof filed herewith]
   |                                     )
20 |                                     )
   | PATRICIA C. DUNN, LAWRENCE T.       )
21 | BABBIO, RICHARD A. HACKBORN,        )
   | GEORGE A. KEYWORTH II, ROBERT E.    )
22 | KNOWLING, JR., THOMAS PERKINS,      )
   | ROBERT L. RYAN, LUCILLE SALHANY, and )
23 | CARLETON S. FIORINA,                )
   |                                     )
24 |         Defendants.                 )
   |                                     )
25 |     And                             )
   |                                     )
26 | HEWLETT-PACKARD COMPANY,            )
   |                                     )
27 |         Nominal Defendant.          )
   |                                     )
28

STIPULATION AND ORDER CONTINUING                                    C:\NrPortbl\PALIB1\RL2\2879753_3.DOC
CASE MANAGEMENT CONFERENCE AND SETTING
BRIEFING AND HEARING SCHEDULE RE MOTIONS TO
DISMISS
CASE NO. C06-01711 RMW

1  WHEREAS, the parties have met and conferred on a schedule for the briefing and
2  hearing of Nominal Defendant's and Defendants' pending Motions to Dismiss; and
3  WHEREAS, the parties have further met and conferred concerning rescheduling the Case
4  Management Conference scheduled for July 21, 2006;
5  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,
6  subject to approval of the Court, as follows:
7  1.  That the Case Management Conference in the above-referenced matter, currently
8  set for July 21, 2006, at 10:30 a.m., be continued to August 18, 2006, at 10:30 a.m., following
9  the hearing on the pending Motions to Dismiss, with the Case Management Statement due by
10 August 7, 2006.
11 2.  That the briefing and hearing schedule for Nominal Defendant's and Defendants'
12 pending Motions to Dismiss will be:
13 Plaintiffs' Opposition Due:                                          June 12, 2006
14 Nominal Defendant's and Defendants' Replies Due:     July 10, 2006
15 The hearing on Nominal Defendant's and Defendants' Motions to Dismiss shall take place on
16 August 18, 2006 at 9:00 A.M.

Dated: June 5, 2006

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
Steven M. Schatz
Boris Feldman

By: /s/ Steven M. Schatz
        Steven M. Schatz

Attorneys for Nominal Defendant
Hewlett-Packard Company

STIPULATION AND ORDER CONTINUING
CASE MANAGEMENT CONFERENCE AND SETTING
BRIEFING AND HEARING SCHEDULE RE MOTIONS TO
DISMISS
CASE NO. C06-01711 RMW

-2-

C:\NrPortbl\PALIB1\RL2\2879753_3.DOC

| | | |
|---|---|---|
| 1 | Dated: June 5, 2006 | GIBSON, DUNN & CRUTCHER LLP |
| 2 | | Dean J. Kitchens |
| | | Jonathan C. Dickey |
| 3 | | |
| 4 | | By: /s/ Jonathan C. Dickey |
| | | Jonathan C. Dickey |
| 5 | | Attorneys for Defendants |
| | | Patricia C. Dunn, Lawrence T. Babbio, Richard A. |
| 6 | | Hackborn, George A. Keyworth II, Robert E. |
| | | Knowling, Jr., Thomas Perkins, Robert L. Ryan and |
| 7 | | Lucille Salhany |
| 8 | Dated: June 5, 2006 | WILLIAMS & CONNOLLY LLP |
| 9 | | |
| 10 | | By: /s/ David E. Kendall |
| | | David E. Kendall |
| 11 | | |
| | | Attorneys for Defendant |
| 12 | | Carleton S. Fiorina |
| 13 | Dated: June 5, 2006 | ANDERLINI, FINKELSTEIN, EMERICK & SMOOT |
| 14 | | |
| | | By: /s/ Merrill G. Emerick |
| 15 | | Merrill G. Emerick |
| 16 | | Attorneys for Plaintiffs |

**ORDER**

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: __6/15/06____       By:___/S/ RONALD M. WHYTE_____
                                THE HONORABLE RONALD M. WHYTE
                                UNITED STATES DISTRICT JUDGE

1   I, Bahram Seyedin-Noor, am the ECF User whose identification and password are being
2   used to file this Stipulation and [Proposed] Order Continuing Case Management Conference and
3   Setting Briefing Schedule Re Motions to Dismiss.  I hereby attest that Steven M. Schatz,
4   Jonathan C. Dickey, David E. Kendall and Merrill G. Emerick have concurred in this filing.

5   Dated:  June 5, 2006                           WILSON SONSINI GOODRICH & ROSATI
                                                    Professional Corporation

                                                    By: /s/ Bahram Seyedin-Noor
                                                          Bahram Seyedin-Noor

                                                    Attorneys for Nominal Defendant
                                                    Hewlett-Packard Company

STIPULATION AND ORDER CONTINUING                -4-                    C:\NrPortbl\PALIB1\RL2\2879753_3.DOC
CASE MANAGEMENT CONFERENCE AND SETTING
BRIEFING AND HEARING SCHEDULE RE MOTIONS TO
DISMISS
CASE NO. C06-01711 RMW