GIBSON, DUNN & CRUTCHER LLP
DEAN J. KITCHENS, SBN 82096 (dkitchens@gibsondunn.com)
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

JONATHAN C. DICKEY, SBN 88226 (jdickey@gibsondunn.com)
JAYESH HINES-SHAH, SBN 214256 (jhinesshah@gibsondunn.com)
JEFFREY A. MINNERY, SBN 232259 (jminnery@gibsondunn.com)
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

*Attorneys for Defendants*
PATRICIA C. DUNN, LAWRENCE T. BABBIO,
RICHARD A. HACKBORN, GEORGE A.
KEYWORTH II, ROBERT E. KNOWLING, JR.
THOMAS PERKINS, ROBERT L. RYAN, and
LUCILLE SALHANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION                    *E-FILED - 7/6/06*

| | |
|---|---|
| INDIANA ELECTRICAL WORKERS PENSION TRUST FUND, IBEW; SEIU AFFILIATES' OFFICERS AND EMPLOYEES PENSION PLAN; SEIU NATIONAL INDUSTRY PENSION FUND; and PENSION PLAN FOR EMPLOYEES OF SEIU, on behalf of themselves and all others similarly situated, and derivatively on behalf of Hewlett-Packard Company<br><br>Plaintiffs.<br><br>v.<br><br>PATRICIA C. DUNN, LAWRENCE T. BABBIO, RICHARD A. HACKBORN, GEORGE A. KEYWORTH II, ROBERT E. KNOWLING, JR. THOMAS PERKINS, ROBERT L. RYAN, LUCILLE SALHANY, and CARLETON S. FIORINA<br><br>Defendants.<br><br>HEWLETT-PACKARD COMPANY<br><br>Nominal Defendant. | CASE NO. 06-CV-01711-RMW<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING BRIEFING AND HEARING SCHEDULE RE MOTIONS TO DISMISS**<br><br><br>Date:        August 18, 2006<br>Time:        10:30 a.m.<br>Courtroom:  No. 6, Fourth Floor<br>Judge:       Hon. Ronald M. Whyte |

1

STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND
SETTING BRIEFING AND HEARING SCHEDULE RE MOTIONS TO DISMISS     Case No. C 06-01711 RMW

1  WHEREAS, Plaintiffs filed their Complaint on March 6, 2006; and

2  WHEREAS, Nominal Defendant Hewlett-Packard Company; Certain Director Defendants Patricia C. Dunn, Lawrence T. Babbio, Richard A. Hackborn, George A. Keyworth II, Robert E. Knowling, Jr., Thomas Perkins, Robert L. Ryan, and Lucille Salhany; and Defendant Carleton S. Fiorina (collectively, "Defendants") filed their Motions to Dismiss the Complaint on May 15, 2006; and

WHEREAS, following receipt of such Motions to Dismiss, Plaintiffs informed Defendants that they intended to amend their Complaint; and

WHEREAS, the parties have met and conferred on a schedule for the filing of Plaintiffs' First Amended Complaint, and the briefing and hearing of Defendants' Motions to Dismiss;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, as follows:

1. That the briefing and hearing schedule for the filing of the First Amended Complaint and Defendants' Motions to Dismiss will be:

| | |
|---|---|
| Plaintiffs' First Amended Complaint to be Filed: | June 23, 2006 |
| Defendants' Motions to Dismiss the Amended Complaint Due: | August 24, 2006 |
| Plaintiffs' Opposition Briefs Due: | September 25, 2006 |
| Defendants' Reply Briefs Due | October 25, 2006 |

The hearing on Defendants' Motions to Dismiss shall take place on November 17, 2006 at 9:00 a.m.

2. That the Case Management Conference in the above-referenced matter, currently set for August 18, 2006, at 10:30 a.m., be continued to November 17, 2006, at 10:30 a.m., following the

/ / /

/ / /

/ / /

/ / /

2

Gibson, Dunn & Crutcher LLP

STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND
SETTING BRIEFING AND HEARING SCHEDULE RE MOTIONS TO DISMISS    Case No. C 06-01711 RMW

hearing on the pending Motions to Dismiss, with the Case Management Statement due by October 27, 2006.

Dated: June 19, 2006

WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
STEVEN M. SCHATZ
BORIS FELDMAN

By: /s/ Steven M. Schatz_____
    Steven M. Schatz

Attorneys for Nominal Defendant
Hewlett-Packard Company

Dated: June 19, 2006

GIBSON, DUNN & CRUTCHER LLP
DEAN J. KITCHENS
JONATHAN C. DICKEY

By: /s/ Jonathan C. Dickey_____
    Jonathan C. Dickey

Attorneys for Defendants
Patricia C. Dunn, Lawrence T. Babbio, Richard A. Hackborn, George A. Keyworth II, Robert E. Knowling, Jr., Thomas Perkins, Robert L. Ryan and Lucille Salhany

Dated: June 19, 2006

WILLIAMS & CONNOLLY LLP
DAVID E. KENDALL
BETH A. STEWART

By: /s/ David E. Kendall_____
    David E. Kendall

Attorneys for Defendant
Carleton S. Fiorina

Dated: June 19, 2006

ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
MERRILL G. EMERICK

By: /s/ Merrill G. Emerick _____
    Merrill G. Emerick

Attorneys for Plaintiffs

3

STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND
SETTING BRIEFING AND HEARING SCHEDULE RE MOTIONS TO DISMISS    Case No. C 06-01711 RMW

Gibson, Dunn & Crutcher LLP

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/6/06                    By: /s/ Ronald M. Whyte
                                     THE HONORABLE RONALD M. WHYTE
                                     UNITED STATES DISTRICT JUDGE

4

Gibson, Dunn & Crutcher LLP

STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND
SETTING BRIEFING AND HEARING SCHEDULE RE MOTIONS TO DISMISS    Case No. C 06-01711 RMW

1    I, Jeffrey A. Minnery, am the ECF User whose identification and password are being used to
2    file this Stipulation and [Proposed] Order Continuing Case Management Conference. I hereby attest
3    that Steven M. Schatz, Jonathan C. Dickey, David E. Kendall and Merrill G. Emerick have concurred
4    in this filing.

6    Dated: June 19, 2006             GIBSON, DUNN & CRUTCHER LLP
                                      DEAN J. KITCHENS
7                                     JONATHAN C. DICKEY

                                      By: /s/ Jeffrey A. Minnery
9                                         Jeffrey A. Minnery

10                                    Attorneys for Defendants

11                                    Patricia C. Dunn, Lawrence T. Babbio, Richard A.
                                      Hackborn, George A. Keyworth II, Robert E. Knowling,
12                                    Jr., Thomas Perkins, Robert L. Ryan and Lucille
                                      Salhany

100021562_1.DOC

Gibson, Dunn & Crutcher LLP

5

STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND
SETTING BRIEFING AND HEARING SCHEDULE RE MOTIONS TO DISMISS    Case No. C 06-01711 RMW