GIBSON, DUNN & CRUTCHER LLP
DEAN J. KITCHENS, SBN 82096 (dkitchens@gibsondunn.com)
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

JONATHAN C. DICKEY, SBN 88226 (jdickey@gibsondunn.com)
JAYESH HINES-SHAH, SBN 214256 (jhinesshah@gibsondunn.com)
JEFFREY A. MINNERY, SBN 232259 (jminnery@gibsondunn.com)
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

*Attorneys for Defendants*
PATRICIA C. DUNN, LAWRENCE T. BABBIO,
RICHARD A. HACKBORN, GEORGE A.
KEYWORTH II, ROBERT E. KNOWLING, JR.
THOMAS PERKINS, ROBERT L. RYAN, and
LUCILLE SALHANY

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION                    *E-FILED - 11/9/06*

| | |
|---|---|
| INDIANA ELECTRICAL WORKERS PENSION TRUST FUND, IBEW; SEIU AFFILIATES' OFFICERS AND EMPLOYEES PENSION PLAN; SEIU NATIONAL INDUSTRY PENSION FUND; and PENSION PLAN FOR EMPLOYEES OF SEIU, on behalf of themselves and all others similarly situated, and derivatively on behalf of Hewlett-Packard Company<br><br>Plaintiffs.<br><br>v.<br><br>PATRICIA C. DUNN, LAWRENCE T. BABBIO, RICHARD A. HACKBORN, GEORGE A. KEYWORTH II, ROBERT E. KNOWLING, JR. THOMAS PERKINS, ROBERT L. RYAN, LUCILLE SALHANY, and CARLETON S. FIORINA<br><br>Defendants. | CASE NO. 06-CV-01711-RMW<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE CASE MANAGEMENT CONFERENCE STATEMENT<br><br>Date:       November 17, 2006<br>Time:       10:30 a.m.<br>Courtroom:  No. 6, Fourth Floor<br>Judge:      Hon. Ronald M. Whyte |

1

| | |
|---|---|
| HEWLETT-PACKARD COMPANY | |
| Nominal Defendant. | |

WHEREAS, the Initial Case Management Conference in this action is scheduled for November 17, 2006, at 10:00; and

WHEREAS, the Case Management Conference Statement is due on or before October 27, 2006;

WHEREAS, the parties have agreed to a two-week extension of time for the filing of the Case Management Conference Statement;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, as follows:

That the parties will have until November 10, 2006, to file the Case Management Conference Statement in the above-referenced matter.

Dated: October 27, 2006

GRANT & EISENHOFER PA
JAY W. EISENHOFER
MICHAEL J. BARRY
SIDNEY S. LIEBESMAN

By: _____/s/ Michael J. Barry_____
           Michael J. Barry

Attorneys for Plaintiffs

Dated: October 27, 2006

WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
STEVEN M. SCHATZ
BORIS FELDMAN
GIDEON A. SCHOR

By: _____/s/ Steven M. Schatz_____
           Steven M. Schatz

Attorneys for Nominal Defendant
Hewlett-Packard Company

| | |
|---|---|
| Dated: October 27, 2006 | GIBSON, DUNN & CRUTCHER LLP<br>DEAN J. KITCHENS<br>JONATHAN C. DICKEY |

By: _____/s/ Jonathan C. Dickey_____
        Jonathan C. Dickey

Attorneys for Defendants
Patricia C. Dunn, Lawrence T. Babbio, Richard A. Hackborn, George A. Keyworth II, Robert E. Knowling, Jr., Thomas Perkins, Robert L. Ryan and Lucille Salhany

| | |
|---|---|
| Dated: October 27, 2006 | WILLIAMS & CONNOLLY LLP<br>DAVID E. KENDALL<br>BETH A. STEWART |

By: _____/s/ Beth A. Stewart_____
        Beth A. Stewart

Attorneys for Defendant
Carleton S. Fiorina

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/9/06

By: /s/ Ronald M. Whyte
THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE
CASE MANAGEMENT CONFERENCE STATEMENT      Case No. C 06-01711 RMW

1  I, Jayesh Hines-Shah, am the ECF User whose identification and password are being used to
2  file this Stipulation and [Proposed] Order Continuing Case Management Conference. I hereby attest
3  that Michael J. Barry, Steven M. Schatz, Jonathan C. Dickey, and Beth A. Stewart have concurred in
4  this filing.

Dated:  October 27, 2006

GIBSON, DUNN & CRUTCHER LLP
DEAN J. KITCHENS
JONATHAN C. DICKEY
JAYESH HINES-SHAH
JEFFREY A. MINNERY

By:  /s/ Jayesh Hines-Shah
     Jayesh Hines-Shah

Attorneys for Defendants

Patricia C. Dunn, Lawrence T. Babbio, Richard A. Hackborn, George A. Keyworth II, Robert E. Knowling, Jr., Thomas Perkins, Robert L. Ryan and Lucille Salhany

100102458_1.DOC