GIBSON, DUNN & CRUTCHER LLP
DEAN J. KITCHENS, SBN 82096 (dkitchens@gibsondunn.com)
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

JONATHAN C. DICKEY, SBN 88226 (jdickey@gibsondunn.com)
JAYESH HINES-SHAH, SBN 214256 (jhinesshah@gibsondunn.com)
JEFFREY A. MINNERY, SBN 232259 (jminnery@gibsondunn.com)
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

*Attorneys for Defendants*
PATRICIA C. DUNN, LAWRENCE T. BABBIO,
RICHARD A. HACKBORN, GEORGE A.
KEYWORTH II, ROBERT E. KNOWLING, JR.
THOMAS PERKINS, ROBERT L. RYAN, and
LUCILLE SALHANY

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 1/24/07*

| | |
|---|---|
| INDIANA ELECTRICAL WORKERS PENSION TRUST FUND, IBEW; SEIU AFFILIATES' OFFICERS AND EMPLOYEES PENSION PLAN; SEIU NATIONAL INDUSTRY PENSION FUND; and PENSION PLAN FOR EMPLOYEES OF SEIU, on behalf of themselves and all others similarly situated, and derivatively on behalf of Hewlett-Packard Company<br><br>Plaintiffs.<br><br>v.<br><br>PATRICIA C. DUNN, LAWRENCE T. BABBIO, RICHARD A. HACKBORN, GEORGE A. KEYWORTH II, ROBERT E. KNOWLING, JR. THOMAS PERKINS, ROBERT L. RYAN, LUCILLE SALHANY, and CARLETON S. FIORINA<br><br>Defendants. | CASE NO. 06-CV-01711-RMW<br><br>**STIPULATION AND []<br>ORDER CONTINUING CASE<br>MANAGEMENT CONFERENCE**<br><br><br>Date: January 26, 2007<br>Time: 10:30 a.m.<br>Courtroom: No. 6, Fourth Floor<br>Judge: Hon. Ronald M. Whyte |

1

STIPULATION AND [] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE          Case No. C 06-01711 RMW

Gibson, Dunn &
Crutcher LLP

HEWLETT-PACKARD COMPANY

      Nominal Defendant.

  WHEREAS, the Initial Case Management Conference in this action is scheduled for January 26, 2007, at 10:30 a.m.; and

  WHEREAS, the parties filed a Joint Case Management Conference Statement and [Proposed] Order on January 17, 2007;

  WHEREAS, the parties have agreed to continue the Case Management Conference until March 2, 2007, at 10:30 a.m.;

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, as follows:

  1. That the Case Management Conference in the above-referenced matter, currently set for January 26, 2007, at 10:30 a.m., be continued to March 2, 2007, at 10:30 a.m.

  2. Unless the Court issues an order on the pending motions to dismiss or orders otherwise, the Joint Case Management Conference Statement previously filed on January 17, 2007 will satisfy the requirements of Civil L.R. 16-9.

Dated:  January 19, 2007      GRANT & EISENHOFER PA
                 JAY W. EISENHOFER
                 MICHAEL J. BARRY
                 SIDNEY S. LIEBESMAN

                 By: _____/s/ Michael J. Barry_____
                     Michael J. Barry

                 Attorneys for Plaintiffs

Dated:  January 19, 2007      WILSON SONSINI GOODRICH & ROSATI
                 PROFESSIONAL CORPORATION
                 STEVEN M. SCHATZ
                 BORIS FELDMAN
                 GIDEON A. SCHOR

                 By: _____/s/ Steven M. Schatz_____
                     Steven M. Schatz

                 Attorneys for Nominal Defendant
                 Hewlett-Packard Company

2

Gibson, Dunn & Crutcher LLP

STIPULATION AND [ ORDER
CONTINUING CASE MANAGEMENT CONFERENCE      Case No. C 06-01711 RMW

| | |
|---|---|
| Dated:  January 19, 2007 | GIBSON, DUNN & CRUTCHER LLP<br>DEAN J. KITCHENS<br>JONATHAN C. DICKEY<br><br>By: _____/s/ Jonathan C. Dickey_____<br>          Jonathan C. Dickey<br><br>Attorneys for Defendants<br>Patricia C. Dunn, Lawrence T. Babbio, Richard A. Hackborn, George A. Keyworth II, Robert E. Knowling, Jr., Thomas Perkins, Robert L. Ryan and Lucille Salhany |
| Dated:  January 19, 2007 | WILLIAMS & CONNOLLY LLP<br>DAVID E. KENDALL<br>BETH A. STEWART<br><br>By: _____/s/ Beth A. Stewart_____<br>          Beth A. Stewart<br><br>Attorneys for Defendant<br>Carleton S. Fiorina |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  _1/24/07____          By:  *Ronald M. Whyte*_____
                                              THE HONORABLE RONALD M. WHYTE
                                              UNITED STATES DISTRICT JUDGE

I, Jayesh Hines-Shah, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Continuing Case Management Conference. I hereby attest that Michael J. Barry, Steven M. Schatz, Jonathan C. Dickey, and Beth A. Stewart have concurred in this filing.

Dated: January 19, 2007

GIBSON, DUNN & CRUTCHER LLP
DEAN J. KITCHENS
JONATHAN C. DICKEY
JAYESH HINES-SHAH
JEFFREY A. MINNERY

By: _____/s/ Jayesh Hines-Shah_____
      Jayesh Hines-Shah

Attorneys for Defendants

Patricia C. Dunn, Lawrence T. Babbio, Richard A. Hackborn, George A. Keyworth II, Robert E. Knowling, Jr., Thomas Perkins, Robert L. Ryan and Lucille Salhany

100150895_1.DOC