**E-FILED on** 2/28/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INDIANA ELECTRICAL WORKERS PENSION TRUST FUND, IBEW; SEIU AFFILIATES' OFFICERS AND EMPLOYEES PENSION PLAN; SEIU NATIONAL INDUSTRY PENSION PLAN; and PENSION PLAN FOR EMPLOYEES OF SEIU, on behalf of themselves and all others similarly situated, and derivatively on behalf of Hewlett-Packard Company,<br><br>    Plaintiffs,<br><br>    v.<br><br>PATRICIA C. DUNN, LAWRENCE T. BABBIO, RICHARD A. HACKBORN, GEORGE A. KEYWORTH II, ROBERT E. KNOWLING, JR., THOMAS PERKINS, ROBERT L. RYAN, LUCILLE SALHANY, and CARLETON S. FIORINA,<br><br>    Defendants,<br><br>    and<br><br>HEWLETT-PACKARD COMPANY,<br><br>    Nominal Defendant. | No. C-06-01711 RMW<br><br>ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT<br><br>**[Re Docket Nos. 91, 97]** |

    Plaintiffs have moved for leave of court to file a second amended complaint, with hearing on the matter noticed for March 2, 2007. Plaintiffs seek to add substantive claims and factual allegations involving events that became publicized after the filing of their first amended complaint.

ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT
06-01711 RMW
SPT

Currently under submission with this court is defendants' motion to dismiss plaintiffs' first amended complaint for, *inter alia*, failure to make the required demand for what defendants' argue are derivative claims. The court finds it appropriate to consider plaintiffs' motion for leave to file a second amended complaint after issuance of an order on defendants' motion to dismiss plaintiffs' first amended complaint.

Therefore, the court hereby continues the hearing date for plaintiffs' motion to file a second amended complaint to Friday, March 16, 2007, at 9:00 a.m. Plaintiffs have also moved for leave to file their reply seven days late because they did not receive defendants' opposition, which was timely filed February 9, 2007, until February 20, 2007. The court grants the motion. Plaintiffs' reply shall be considered timely filed.

DATED:     2/27/07

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

Merrill G. Emerick          memerick@afelaw.com

**Counsel for Defendants:**

| | |
|---|---|
| Jonathan C. Dickey | jdickey@gibsondunn.com |
| Jayesh Sanatkumar Hines-Shah | jhinesshah@gibsondunn.com |
| Jeffrey A Minnery | jminnery@gibsondunn.com |
| Christopher C. Kearney | ckearney@kvn.com |
| Laurie Carr Mims | lmims@kvn.com |
| Boris Feldman | boris.feldman@wsgr.com |
| Steven M. Schatz | sschatz@wsgr.com |
| Bahram Seyedin-Noor | bnoor@wsgr.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     2/28/07                                          SPT
                                                       **Chambers of Judge Whyte**

**United States District Court**
For the Northern District of California