GIBSON, DUNN & CRUTCHER LLP
DEAN J. KITCHENS, SBN 82096 (dkitchens@gibsondunn.com)
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

JONATHAN C. DICKEY, SBN 88226 (jdickey@gibsondunn.com)
JAYESH HINES-SHAH, SBN 214256 (jhinesshah@gibsondunn.com)
JEFFREY A. MINNERY, SBN 232259 (jminnery@gibsondunn.com)
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

*Attorneys for Defendants* PATRICIA C. DUNN, LAWRENCE T. BABBIO, RICHARD A. HACKBORN, GEORGE A. KEYWORTH II, ROBERT E. KNOWLING, JR. THOMAS PERKINS, ROBERT L. RYAN, and LUCILLE SALHANY

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION            ***E-FILED - 5/3/07***

| | |
|---|---|
| INDIANA ELECTRICAL WORKERS PENSION TRUST FUND, IBEW; SEIU AFFILIATES' OFFICERS AND EMPLOYEES PENSION PLAN; SEIU NATIONAL INDUSTRY PENSION FUND; and PENSION PLAN FOR EMPLOYEES OF SEIU, on behalf of themselves and all others similarly situated, and derivatively on behalf of Hewlett-Packard Company<br><br>Plaintiffs.<br><br>v.<br><br>PATRICIA C. DUNN, LAWRENCE T. BABBIO, RICHARD A. HACKBORN, GEORGE A. KEYWORTH II, ROBERT E. KNOWLING, JR. THOMAS PERKINS, ROBERT L. RYAN, LUCILLE SALHANY, and CARLETON S. FIORINA<br><br>Defendants.<br><br>HEWLETT-PACKARD COMPANY<br><br>Nominal Defendant. | CASE NO. 06-CV-01711-RMW<br><br>**STIPULATION AND [] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE AND MODIFYING THE BRIEFING SCHEDULE OF DEFENDANTS' MOTIONS TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>[Declaration of Jayesh Hines-Shah in Support hereof filed herewith]<br><br>Date:        May 4, 2007<br>Time:       10:30 a.m.<br>Courtroom: No. 6, Fourth Floor<br>Judge:       Hon. Ronald M. Whyte |

1

STIPULATION AND [] ORDER CONTINUING CASE MANAGEMENT     Case No. C 06-01711 RMW
CONFERENCE AND MODIFYING BRIEFING SCHEDULE OF DEFENDANTS'
MOTIONS TO DISMISS THE SECOND AMENDED COMPLAINT

1  WHEREAS, on March 1, 2007, the Court issued an Order dismissing the Verified Amended Complaint in this action; and

WHEREAS, on March 21, 2007, Plaintiffs filed the Verified Second Amended Complaint in this action; and

WHEREAS, on April 13, 2007, Defendants filed motions to dismiss and/or strike the Verified Second Amended Complaint in this action; and

WHEREAS, the parties have met and conferred on a schedule for the briefing and hearing of Defendants' pending motions to dismiss and/or strike; and

WHEREAS, the Initial Case Management Conference in this action is scheduled for May 4, 2007, at 10:30 a.m.; and

WHEREAS, the parties previously filed a Joint Case Management Conference Statement and [Proposed] Order on January 17, 2007; and

WHEREAS, the parties have further met and conferred concerning rescheduling the Case Management Conference.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, as follows:

1. That the briefing and hearing schedule for Defendants' motions to dismiss and/or strike the Second Amended Complaint will be:

| | |
|---|---|
| Plaintiffs' opposition briefs due | May 15, 2007 |
| Defendants' reply briefs due | June 1, 2007 |

The hearing on Defendants' motions to dismiss and/or strike shall take place on June 15, 2007 at 9:00 a.m.

2. That the Case Management Conference in the above-referenced matter, currently set for May 4, 2007, at 10:30 a.m., be continued to June 15, 2007, at 10:30 a.m., following the hearing on the pending motions to dismiss.

Gibson, Dunn & Crutcher LLP

STIPULATION AND [] ORDER CONTINUING CASE MANAGEMENT      Case No. C 06-01711 RMW
CONFERENCE AND MODIFYING BRIEFING SCHEDULE OF  DEFENDANTS'
MOTIONS TO DISMISS THE SECOND AMENDED COMPLAINT

3. The parties will file a Joint Case Management Conference Statement on or before June 5, 2007.

Dated: April 30, 2007

GRANT & EISENHOFER PA
JAY W. EISENHOFER
MICHAEL J. BARRY
STEPHEN G. GRYGIEL

By: /s/      Michael J. Barry
              Michael J. Barry

Attorneys for Plaintiffs

Dated: April 30, 2007

WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
STEVEN M. SCHATZ
BORIS FELDMAN
GIDEON A. SCHOR
BAHRAM SEYEDIN-NOOR

By: /s/      Bahram Seyedin-Noor
              Bahram Seyedin-Noor

Attorneys for Nominal Defendant
Hewlett-Packard Company

Gibson, Dunn & Crutcher LLP

STIPULATION AND [] ORDER CONTINUING CASE MANAGEMENT    Case No. C 06-01711 RMW
CONFERENCE AND MODIFYING BRIEFING SCHEDULE OF DEFENDANTS'
MOTIONS TO DISMISS THE SECOND AMENDED COMPLAINT

| | |
|---|---|
| Dated: April 30, 2007 | GIBSON, DUNN & CRUTCHER LLP<br>DEAN J. KITCHENS<br>JONATHAN C. DICKEY<br><br>By: /s/         Jonathan C. Dickey<br>           Jonathan C. Dickey<br><br>Attorneys for Defendants<br>Patricia C. Dunn, Lawrence T. Babbio, Richard A. Hackborn, George A. Keyworth II, Robert E. Knowling, Jr., Thomas Perkins, Robert L. Ryan and Lucille Salhany |
| Dated: April 30, 2007 | WILLIAMS & CONNOLLY LLP<br>DAVID E. KENDALL<br>BETH A. STEWART<br><br>By: /s/         Beth A. Stewart<br>           Beth A. Stewart<br><br>Attorneys for Defendant<br>Carleton S. Fiorina |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 5/3/07               By: *Ronald M. Whyte*
                                            THE HONORABLE RONALD M. WHYTE
                                            UNITED STATES DISTRICT JUDGE

4

STIPULATION AND [] ORDER CONTINUING CASE MANAGEMENT    Case No. C 06-01711 RMW
CONFERENCE AND MODIFYING BRIEFING SCHEDULE OF DEFENDANTS'
MOTIONS TO DISMISS THE SECOND AMENDED COMPLAINT

Gibson, Dunn & Crutcher LLP

I, Jayesh Hines-Shah, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Continuing Case Management Conference. I hereby attest that Michael J. Barry, Bahram Seyedin-Noor, Jonathan C. Dickey, and Beth A. Stewart have concurred in this filing.

Dated: April 30, 2007

GIBSON, DUNN & CRUTCHER LLP
DEAN J. KITCHENS
JONATHAN C. DICKEY
JAYESH HINES-SHAH
JEFFREY A. MINNERY

By: /s/          Jayesh Hines-Shah
                 Jayesh Hines-Shah

Attorneys for Defendants

Patricia C. Dunn, Lawrence T. Babbio, Richard A. Hackborn, George A. Keyworth II, Robert E. Knowling, Jr., Thomas Perkins, Robert L. Ryan and Lucille Salhany

100201222_1.DOC

Gibson, Dunn & Crutcher LLP

STIPULATION AND [ ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND MODIFYING BRIEFING SCHEDULE OF DEFENDANTS' MOTIONS TO DISMISS THE SECOND AMENDED COMPLAINT    Case No. C 06-01711 RMW