ORIGINAL

| | |
|---|---|
| 1 | ANDERLINI, FINKELSTEIN, EMERICK & SMOOT |
|   | Merrill G. Emerick (Bar. No. 117248) |
| 2 | 400 South El Camino Real, Suite 700 |
|   | San Mateo, California 94402 |
| 3 | Tel: (650) 348-0102 |
|   | Fax: (650) 348-0962 |
| 4 |   |
| 5 | GRANT & EISENHOFER PA |
|   | Jay W. Eisenhofer |
| 6 | Michael J. Barry |
|   | Stephen G. Grygiel |
| 7 | Sidney S. Liebesman |
|   | Christine M. Mackintosh |
| 8 | Chase Manhattan Centre |
|   | 1201 N. Market Street |
| 9 | Wilmington, DE 19801 |
|   | Tel: (302) 622-7000 |
| 10 | Fax: (302) 622-7100 |
| 11 | *Attorneys for Plaintiffs* |

**FILED**

JUN 1 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIANA ELECTRICAL WORKERS PENSION TRUST FUND, IBEW; SEIU AFFILIATES' OFFICERS AND EMPLOYEES PENSION PLAN; SEIU NATIONAL INDUSTRY PENSION FUND; and PENSION PLAN FOR EMPLOYEES OF SEIU, on behalf of themselves and all others similarly situated, and derivatively on behalf of Hewlett-Packard Company, <br><br> Plaintiffs, <br><br> v. <br><br> PATRICIA C. DUNN, LAWRENCE T. BABBIO, RICHARD A. HACKBORN, GEORGE A. KEYWORTH II, ROBERT E. KNOWLING, JR. THOMAS PERKINS, ROBERT L. RYAN, LUCILLE SALHANY, and CARLETON S. FIORINA, <br><br> Defendants. <br><br> and <br><br> HEWLETT-PACKARD COMPANY, <br><br> Nominal Defendant. | Case No.: 06-01711-RMW <br><br> ORDER ALLOWING ATTORNEYS FOR PLAINTIFFS INDIANA ELECTRICAL WORKERS PENSION TRUST FUND, et al. TO BRING AUDIO VISUAL EQUIPMENT INTO COURT FOR USE AT HEARING ON MOTION TO DISMISS <br><br> CLASS ACTION <br><br> DATE: June 15, 2007 <br> TIME: 9:00 a.m. <br> DEPT: Courtroom 6 |

-1-
ORDER ALLOWING ATTORNEYS FOR PLAINTIFFS INDIANA ELECTRICAL WORKERS PENSION TRUST FUND, et al.
TO BRING AUDIO VISUAL EQUIPMENT INTO COURT FOR USE AT HEARING ON MOTION TO DISMISS

1  It is hereby ordered that Jay Eisenhofer of Grant & Eisenhofer, attorneys of record for
2  plaintiffs INDIANA ELECTRICAL WORKERS PENSION TRUST FUND, et al., are granted
3  leave to bring into the federal courthouse to Courtroom 6 a laptop computer, a projector and a
4  screen for use in presenting oral argument to the court on June 15, 2007 at 9:00 a.m. for the
5  scheduled hearing on defendants' motion to dismiss.
6  Pursuant to the order and subject to reasonable and necessary inspection of the
7  equipment described herein, the attorneys are to be permitted to bring the above described with
8  them into the courthouse and Courtroom 6 on June 15, 2007 for this hearing only.

Dated: 6/14, 2007

*Ronald M. Whyte*

The Honorable Ronald M. Whyte
United States District Judge